**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

DENNIS STRICKLAND,
            *Defendant-Appellant.*

No. 08-30091

D.C. No.
6:07-CR-00021-
CCL-1

# APPENDIX



**Circuit Court of Maryland**

Go Back

## Case Information

| | |
|---|---|
| Court System: | Circuit Court for Baltimore County - Criminal System |
| Case Number: | 03K02002834 |
| Title. | State of Maryland vs Dennis Howard Strickland |
| Case Type | IndictmentFiling Date 07/15/2002 |
| Case Status: | Closed/Inactive |
| Case Disposition | Disposition Date 11/06/2002 |

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name Strickland, Dennis Howard

Race Caucasian

Sex MHeight 602Weight:350DOB 02/01/1968

Address 1442 DARTMOUTH RD 1ST FLOOR

City: BALTIMOREState:MDZip Code 21234

Address Baltimore County Detention Center

City: TowsonState:MDZip Code 21204

### Attorney(s) for the Defendant

Name Triplin, Esq, Thelma J.

Practice Name District Public Defender

Address 500 Virginia Avenue

City TowsonState MDZip Code:21204

Name Thompson, Esq, Brian G

Practice Name. Silverman, Thompson, White

Address 201 N. Charles Street

City: BaltimoreState:MDZip Code:21201

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: 1CJIS Code:Statute Code 27-35C

Charge Description CHILD ABUSE ✓

Offense Date From: 07/15/2002To

Arrest Tracking No. 00-0002-64012-2Citation

Charge Amend No: 0Sentence Version 0Charge Class



Disposition

Plea          GuiltyPlea Date:
Disposition   GuiltyDisposition Date:11/06/2002

Charge No: 2CJIS Code:Statute Code:27-464C

Charge Description: SEXUAL OFFENSE - FOURTH DEGREE

Offense Date From: 07/15/2002To:

Arrest Tracking No: Citation:

Charge Amend No   0Sentence Version:0Charge Class.

Disposition

Plea          Plea Date:
Disposition:  Nolle ProsequiDisposition Date:11/06/2002

Charge No  3CJIS Code:Statute Code:LIT

Charge Description: ATT SEXUAL OFFENSE- 4TH DEGREE

Offense Date From: 07/15/2002To

Arrest Tracking No  Citation:

Charge Amend No:  0Sentence Version 0Charge Class

Disposition

Plea          Plea Date:
Disposition:  Nolle ProsequiDisposition Date 11/06/2002

Charge No: 4CJIS Code:Statute Code 27-SS4

Charge Description: PERVERTED PRACTICE

Offense Date From: 07/15/2002To:

Arrest Tracking No. Citation

Charge Amend No:  0Sentence Version 0Charge Class:

Disposition

Plea          Plea Date
Disposition:  Nolle ProsequiDisposition Date 11/06/2002

Charge No: 5CJIS Code:Statute Code 27-464C

Charge Description: SEXUAL OFFENSE - FOURTH DEGREE

Offense Date From: 07/15/2002To:

Arrest Tracking No: Citation:

Charge Amend No   0Sentence Version 0Charge Class.

Disposition

Plea          Plea Date:
Disposition:  Nolle ProsequiDisposition Date:11/06/2002

Charge No: 6CJIS Code:Statute Code.LIT

Charge Description: ATT SEXUAL OFFENSE-4TH DEGREE

Offense Date From: 07/15/2002To.

Arrest Tracking No  Citation:

Charge Amend No:  0Sentence Version 0Charge Class.

**Disposition**

Plea        Plea Date:

Disposition: Nolio ProsequiDisposition Date 11/06/2002

## Related Person Information

*(Each Person related to the case other than the Defendant is shown)*

Name:A LONDON, PERRY

Party Type:Bond Remitter/Bondsman

Address.7905 D HARFORD ROAD

City. BALTIMOREState·MDZip Code:21234

Name State Of Maryland

Party Type:Plaintiff

Address:401 Bosley Avenue

City· TowsonState:MDZip Code:21204 - 4420

## Document Tracking

*(Each Document listed. Documents are listed in Motion No./Sequence No. order)*

Doc No./Seq No    1/0

File Date        11/04/2005Close Date:11/04/2005

Document Name   Attorney Information

********** DEFENSE COUNSEL **********
Brian G Thompson
201 NORTH CHARLES ST
SUITE 2600
BALTIMORE, MD. 21201
410-385-2225
Thelma J Triplin
ATTORNEY APPEAR DATE:09/16/05
DISTRICT PUBLIC DEFENDER
500 VIRGINIA AVE
TOWSON, MD. 21286
410-324-8981

Doc No./Seq No : 2/0

File Date      11/04/2005Close Date:11/04/2005

Document Name: Docket Information

```
************* DOCKET **************
CASE NO: 02CR2834 SEQ NO:01
JULY 18, 2002 STATE'S CERTIFICATION OF
COMPLIANCE.
CASE NO: 02CR2834 SEQ NO:02
JULY 19, 2002 DEFENDANT'S OMNIBUS PRE-TRIAL
DEFENSE MOTIONS.
CASE NO: 02CR2834 SEQ NO:03
AUGUST 2, 2002 DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF PRE-TRIAL RELEASE.
CASE NO: 02CR2834 SEQ NO:04
AUGUST 7, 2002 DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE AND ORDER OF
COURT GRANTED SAME (TJB)
CASE NO: 02CR2834 SEQ NO:05
SEPT. 24, 2002 STATE'S ANSWER TO DEFENDANT'S
MOTION FOR DISCOVERY AND INSPECTION.
CASE NO: 02CR2834 SEQ NO:06
NOVEMBER 6, 2002 JURY TRIAL WAIVED, CASE
SUBMITTED ON AGREED STATEMENT OF FACTS.
DEFENDANT TO CONTINUE WITH CURRENT TREATMENT.
DEFENDANT TO HAVE DSS APPROVAL FOR VISITING
CASE NO: 02CR2834 SEQ NO:07
WITH MINORS. DEFENDANT TO SUBMIT TO CDS
TESTING. REGISTRATION REQUIRED UNDER
CRIMINAL PROCEDURE SEC. 11-704. DEFENDANT TO
REGISTER DNA. DEFENDANT IS A CHILD SEX OFFENDER.
CASE NO: 02CR2834 SEQ NO:08
NOVEMBER 6, 2002 NOTICE TO ALL PERSONS
CONVICTED OF A QUALIFYING CRIME OF VIOLENCE.
CASE NO: 02CR2834 SEQ NO:09
NOV.20,2002 ORDER FOR PROBATION AND CONSENT-JGT.
CASE NO: 02CR2834 SEQ NO:10
MAY 14, 2003 CORRESPONDANCE FROM JUDGE
TURNBULL.
CASE NO: 02CR2834 SEQ NO:11
MAY 5, 2005 PETITION FOR VIOLATION OF
PROBATION AND ORDER OF COURT. BENCH WARRANT
ISSUED. NO BAIL AUTHORIZED ON BENCH WARRANT.
(JOHN JONES)
CASE NO: 02CR2834 SEQ NO:12
MAY 17, 2005 REPORT FROM PAROLE AND PROBATION
WITH COMMENTS FROM JUDGE TURNBULL TO ADD TO
PENDING VIOLATION.
CASE NO: 02CR2834 SEQ NO:13
SEP 2, 2005 BENCH WARRANT SERVED 05/06/05 *
CASE NO: 02CR2834 SEQ NO:14
OCT. 20, 2005 HEARING HAD IN RE: VIOLATION OF
PROBATION - JURY TRIAL WAIVED, CASE SUBMITTED
ON AGREED STATEMENT OF FACTS. DEFENDANT SUBMITS
UNDER A PLEA OF GUILTY. VERDICT: GUILTY.
CASE NO: 02CR2834 SEQ NO:15
SENTENCE - 6 MONHTS IN THE BCDC, ACCOUNTING
FROM 8-26-05. WORK RELEASE RECOMMENDED.
```

ALL OUTSTANDING MONIES DEEMED UNCOLLECTABLE.
COMMIT SENT.
CASE NO: 02CR2834 SEQ NO:16
OCTOBER 27, 2005 CORRESPONDENCE FROM BALTIMORE
COUNTY DETENTION CENTER NOTED BY JUDGE TURNBULL.

Doc No./Seq No.: 3/0

File Date: 11/04/2005Close Date 11/04/2005

Document Name: Event Information

\*\*\*\*\*\*\*\*\*\*\*\* EVENTS \*\*\*\*\*\*\*\*\*\*\*\*\*\*
CASE NO: 02CR2834 DATE: 08/02/02 PROCEEDING: ARRAIGNMENT
SCHD DATE: 09/23/02 SCHD PROC: ARRAIGNMENT
EVENT ACTION: APEARNCE ENTRED REASON:
REQUESTOR: ST ATTY:
COURT OFF:
COURT REPORTER:

CASE NO: 02CR2834 DATE: 11/06/02 PROCEEDING: Trial
SCHD DATE: 11/06/02 SCHD PROC: Trial
EVENT ACTION: TRIAL SENTENCE REASON:
REQUESTOR: ST ATTY: STEPHEN ROSCHER
COURT OFF: TURNBULL II, HON. JOHN G
COURT REPORTER: B ELY

CASE NO: 02CR2834 DATE: 10/20/05 PROCEEDING: VIOLATION PROB
SCHD DATE: 10/20/05 SCHD PROC: VIOLATION PROB
EVENT ACTION: COMPLETED REASON:
REQUESTOR: ST ATTY: CHARLES GAYLE
COURT OFF: TURNBULL II, HON. JOHN G
COURT REPORTER: B ELY

Doc No./Seq No.: 4/0

File Date. 11/04/2005Close Date.11/04/2005

Document Name. Bail Information

CASE NO: 02CR2834 BAIL NO: 01 COURT OFF:
ACT DATE: 06/27/02 BAIL TYPE: CORPORATE AMOUNT: 50,000 PERCENT:
BONDSMAN: PERRY A LONDON SURBND: IJ48985
STATUS DATE: STATUS TYPE: SHRD BOND CASE:

Doc No /Seq No. 5/0

File Date: 11/04/2005Close Date 11/04/2006

Doc No./Seq No.. 6/0

File Date: 11/04/2005Close Date

Document Name: Case data converted on 11/04/2005

Doc No /Seq No.· 7/0

File Date:        12/29/2005Close Date:12/29/2005

Document
Name:        Amended Commitment Record Issued.

Amended commit sent to reflect the Child Sox Offender registration
information.

The complete case file can be obtained from the Circuit Courthouse.